IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>    Plaintiff,<br><br>v.<br><br>ISAAC MORRIS LTD. d/b/a CULTUREFLY,<br><br>    Defendant. | Case No. 1:22-cv-00106-SPB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ronald C. Kolesar and Defendant Isaac Morris, Ltd., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 30, 2022                                                  Respectfully submitted,

*/s/ R. Bruce Carlson*                                                       */s/ Ryan T. Benson*
R. Bruce Carlson                                                              Ryan T. Benson (ARDC No. 6312338)
**CARLSON BROWN**                                                   **O'HAGAN MEYER LLC**
222 Broad St.                                                                    One East Wacker Drive, Suite 3400
PO Box 242                                                                      Chicago, Illinois 60601
Sewickley, PA 15143                                                       312.422.6100 –T 312.422.6110 – F
bcarlson@carlsonbrownlaw.com                                    rbenson@ohaganmeyer.com
(724) 730-1753

                                                                                          *Attorney for Defendant*

*Attorney for Plaintiff*