IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>    Plaintiff,<br><br>v.<br><br>ISAAC MORRIS LTD. d/b/a CULTUREFLY,<br><br>    Defendant. | Case No. 1:22-cv-00106-SPB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ronald C. Kolesar and Defendant Isaac Morris, Ltd., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 30, 2022

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*

*/s/ Ryan T. Benson*
Ryan T. Benson (ARDC No. 6312338)
**O'HAGAN MEYER LLC**
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
312.422.6100 –T  312.422.6110 – F
rbenson@ohaganmeyer.com

*Attorney for Defendant*

It is so ordered September 6, 2022.

_____
United States District Judge